1  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
2  ANKUSH AGARWAL (SBN 233150)
   Assistant City Attorney
3  SANGEETHA WALTZ (SBN 255068)
   Deputy City Attorney
4  CITY OF HAYWARD
   777 B Street, 4th Floor
5  Hayward, CA 94541-5007
   Tel: (510) 583-4458
6  Fax: (510) 583-366
   Email: ankush.agarwal@hayward-ca.gov
7  Email: sangeetha.waltz@hayward-ca.gov

8  Attorneys for Defendants City of Hayward;
   Hayward Police Department; HPD Chief Chaplin,
9  HPD Officers Morgan and Iwanicki; and HPD
   Sgts. Hoyer and Maloney.
10

11
                  **UNITED STATES DISTRICT COURT**
12
                  **NORTHERN DISTRICT OF CALIFORNIA**
13

14

15
   JANE DOE,                                    Case No: 23-CV-05007-SK
16
              Plaintiff,
17
   v.
18                                              **DEFENDANTS' RESPONSE TO**
                                                **PLAINTIFF JANE DOE'S MOTION TO**
19 CITY OF HAYWARD, a municipal                 **PROCEED UNDER PSEUDONYM**
   corporation; HAYWARD POLICE
20 DEPARTMENT; TONY CHAPLIN,
   individually and in his capacity as Chief of
21 Police for the City of Hayward; DANIEL
   MORGAN, individually and in his capacity as a
22 police officer for the City of Hayward; ALEX
   IWANICKI, individually and in his capacity as
23 a police officer for the City of Hayward; SGT
   ZACHARY HOYER, individually and in his
24 capacity as a police supervisor for the City of
   Hayward; SGT FAYE MALONEY,
25 individually and in her capacity as a police
   supervisor for the City of Hayward, ROES 1 to
26 50, inclusive,

27            Defendants.

28

---

JANE DOE v. City of Hayward, et al.                    DEFENDANTS' RESPONSE TO PROCEEDING
                                                       UNDER PSEUDONYM
                                      -1-

Defendants City of Hayward ("City"), Hayward Police Department ("HPD"), HPD Chief Tony Chaplin, HPD Officers Daniel Morgan and Alex Iwanicki, and Sergeants Zachary Hoyer and Faye Maloney (collectively "Defendants"), hereby respond to Plaintiff Jane Doe's "Notice and Motion for Leave to Proceed Under Pseudonym." Defendants received a copy of the motion on October 18, 2023, and Plaintiff informed Defendants that the motion was filed with the Court on October 18. However, as of the date of this response, ECF does not show that anything was filed.

Out of an abundance of caution, Defendants file this response. Substantively, Defendants do not oppose the request for Plaintiff to proceed under pseudonym. Defendants acknowledge that the Court has discretion to allow Plaintiff to do so.

However, Defendants want to be clear that they dispute the specificity and veracity of many of the allegations/statements made by Plaintiff in her motion, including at p. 2 (line 16) to p. 3 (line 4); p. 4 (lines 9-12); and p. 4 (line 22) to p. 6 (line 15). Defendants also dispute the relevancy of Exhibit B (a report from 2016 that significantly pre-dates the allegations in this case) and Exhibit C (an "expert report" discussing Plaintiff as a hate crime victim), to this case. Defendants have challenged the validity and specificity of these allegations, as pled in the Complaint, in their pending Motion to Dismiss (see ECF Docket No. 7).

Respectfully submitted,

DATED: October 20, 2023                MICHAEL S. LAWSON, City Attorney

By:   /s/
Ankush Agarwal, Assistant City Attorney
Attorney for City of Hayward, Hayward Police Department, HPD Chief Chaplin, HPD Officers Morgan and Iwanicki, and HPD Sgts. Hoyer and Maloney