UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,  | |
|         Plaintiff, | No. C 23-05007 WHA |
|   v. | |
| CITY OF HAYWARD, et al., | **ORDER VACATING HEARING** |
|         Defendants. | |

Plaintiff has moved for leave to amend her complaint (Dkt. No. 44). The associated motion hearing, scheduled for July 11, 2024, at 8:00 AM, is **VACATED**. No hearing will take place, and plaintiff's motion will be decided on the papers submitted.

**IT IS SO ORDERED.**

Dated: June 14, 2024

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE